DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS DEMETRIO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS DEMETRIO LOPEZ, <br><br> Defendant. | No. 1:08 CR 00367 AWI <br><br> DEFENDANT'S REQUEST FOR EXPANDED APPOINTMENT ORDER; ORDER |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant on October 9, 2008. Counsel undersigned has represented Mr. Lopez since that time.

On November 21, 2008, the defendant received a Notice of Forfeiture Proceedings from the Drug Enforcement Administration regarding $30,400.00 U.S. currency which was seized from the defendant's residence in Delhi, California, on October 6, 2008 and has been assigned a DEA Administrative Case Number of R9-08-0102, and Asset ID of 08-DEA-506577. Based on the affidavit in support of the criminal complaint in this case, the notice of administrative forfeiture is related to this criminal proceeding. On November 25, 2008, Mr. Lopez filed a pro se Claim of Ownership pursuant to 18 U.S.C. § 983 by delivering the claim to the jail mail system. This claim will transfer the matter to the district court as soon as it is received.

///

1    18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding, "including ancillary matters appropriate to the proceedings." 18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

Defense counsel believes that his involvement in the civil case is necessary to protect Mr. Lopez's Sixth Amendment right to counsel in this criminal case, because the two matters are factually intertwined.

Defense counsel assigned to this case has several years of civil litigation experience in federal courts, so expanding the scope of representation will not be a burden.

Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender's Office to represent him in all civil forfeiture proceedings related to this case.

Dated: November 26, 2008

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                  By:  /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Luis Demetrio Lopez

**O R D E R**

Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent LUIS DEMETRIO LOPEZ to include representation in all civil forfeiture proceedings related to the pending criminal charges.

IT IS SO ORDERED.

**Dated:    December 1, 2008**              /s/ **Anthony W. Ishii**
                                                            CHIEF UNITED STATES DISTRICT JUDGE