1  **NICHOLAS F. REYES, #102114**
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 "R" STREET
   FRESNO, CALIFORNIA 93721
3  TELEPHONE:      (559) 486-4500
   FACSIMILE:      (559) 486-4533
4
   Attorney for Defendant
5  **LUIS D. LOPEZ**

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   **CASE NO. 1:08-CR-367-AWI**
11                                   )
                  Plaintiff,         )   **STIPULATION TO CONTINUE**
12                                   )   **SENTENCING**
   v.                                )
13                                   )
   LUIS D. LOPEZ,                    )
14                                   )
                  Defendant.         )
15 _____)

16
        Defendant, LUIS D. LOPEZ, by and through his counsel of record, NICHOLAS F.
17
   REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of
18
   record, MARLON COBAR, Assistant United States Attorney for the Eastern District of
19
   California, hereby stipulate that the sentencing in the above-referenced case currently
20
   scheduled for Tuesday, September 8, 2009, at 9:00 a.m. be continued to Monday,
21
   **September 28, 2009 at 9:00 a.m.** in the courtroom for the Honorable Anthony W. Ishii,
22
   District Judge.
23
        Defense counsel requires the continuation of sentencing to timely prepare
24
   objections to the Presentence Investigation Report, prepare a sentencing memorandum
25
   and allow time for response by the AUSA.  In addition counsel has a matter in Los
26
   Angeles County in the matter of <u>People v. Mariano Valencia</u> on the presently set sentence
27
   date.
28

Good cause exists for the continuance. The Assistant U.S. Attorney, Mr. Marlon Cobar has no opposition to the agreed date of September 28, 2009

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 09-03-09                                         /s/ Nicholas F. Reyes
                                                        NICHOLAS F. REYES
                                                        Attorney for Defendant
                                                        **LUIS D. LOPEZ**

**IT IS SO STIPULATED**

Dated: 09-03-09                                         /s/ Marlon Cobar
                                                        MARLON COBAR
                                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   September 3, 2009**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE