NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
LUIS LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LUIS LOPEZ,<br><br>                              Defendant. | CASE NO.  1:08-CR-00367-AWI<br><br>APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY; ORDER |

      LUIS LOPEZ, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

      Real property owned by ANGELA PERALTA was posted as collateral for the property bond for the release of defendant Luis Lopez.  In November 2008 a Deed of Trust was executed and recorded in Merced County (Document #2008-061012) for the real property commonly known as (Docket Entry 16):

      On September 28, 2009, Defendant Luis Lopez was sentenced to 15 months custody.  He has served his sentenced.

1

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Angela Peralta.

Dated: December 22, 2016  /s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
LUIS LOPEZ

## **ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Angela Peralta.

IT IS SO ORDERED.

Dated:   December 23, 2016                    _____
SENIOR DISTRICT JUDGE

2